

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2019

Nos. 04-19-00438-CR & 04-19-00450-CR

**EX PARTE** Robert **METZGER**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court Nos. A1920 & 7000
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court